# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVA PATENT LICENSING, LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLOUDMARK, INC.<br><br>　　　　Defendant. | § § § § § § § § § § § § § §　CIVIL ACTION 2:12-CV-00358-MHS-CMC<br><br>JURY TRIAL DEMANDED |

## CLOUDMARK, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Fed. R. Civ. P., Defendant Cloudmark, Inc. ("Cloudmark") hereby discloses, by and through its undersigned counsel, that it has no parent corporation and that no publicly held corporation owns 10% or more of Cloudmark's stock.

Dated:  August 31, 2012　　　　　　　　　　By: /s/ Lowell D. Mead

　　　　　　　　　　　　　　　　　　　　　　Lowell D. Mead
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 223989
　　　　　　　　　　　　　　　　　　　　　　lmead@cooley.com
　　　　　　　　　　　　　　　　　　　　　　**COOLEY LLP**
　　　　　　　　　　　　　　　　　　　　　　3000 El Camino Real
　　　　　　　　　　　　　　　　　　　　　　Five Palo Alto Square
　　　　　　　　　　　　　　　　　　　　　　Palo Alto, CA  94306
　　　　　　　　　　　　　　　　　　　　　　Telephone:     (650) 843-5000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:      (650) 857-0663

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Cloudmark, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on August 31, 2012.

                                                                   */s/ Lowell D. Mead*

1057279 v1/HN